**LUTZ, BURNETT, McDERMOTT, JAHN & KING, LLP**

JAMES P. BURNETT,
   Court Commissioner
DEREK McDERMOTT
GARY N. JAHN
ANDREW J. KING

ATTORNEYS AT LAW
50 EAST MAIN STREET, P.O. BOX 146
CHILTON, WISCONSIN 53014
(920) 849-9323
FAX (920) 849-9326
EMAIL: lawyers@lbmjk.com

HELMUTH F. ARPS 1916-1947
DONALD E. BONK 1937-1988
ROBERT W. LUTZ 1951-2007

May 10, 2010

Mr. Daniel Kelly
Attorney at Law
Reinhart Boerner Van Deuren S.C.
P.O. Box 2965
Milwaukee, WI 53201-2965

RE:    State Bank of Chilton v. Gurpal Wisconsin Stations

Dear Attorney Kelly:

I am enclosing ten laser photographs that represent the property which is the subject of the State Bank of Chilton mortgage foreclosure for the property located at 1301 West Morgan Avenue, Milwaukee, Wisconsin.

Photograph 1 shows the building. There is an ice machine in front with a plastic garbage can. We think the ice machine is leased or is provided by the ice company. We make no claim to either.

We do claim the sign at the corner of Morgan Avenue on photograph 2 as a fixture.

We do claim the canopy and the three dispensers as fixtures. The plastic garbage cans that are shown we obviously make no claim to them. There are below ground tanks, obviously not photographed, which we do claim as part of the real estate.

Photograph 4 again shows the ice machine which we make no claim to.

Photograph 5 shows a pizza oven, microwave and a pizza warming oven. We make no claim to those. There is a Pepsi movable soda refrigerator which we make no claim to but we think that Pepsi provides that and it is not owned by the gas station.

Photograph 6 shows a refrigerator with goods for sale, a hot dog warming machine with a bun storage receptacle, a smaller microwave and a smaller pizza oven. We make no claim to any of these but don't know if some are leased.

The soda dispenser and the coffee/cappuccino dispensing machine, we make no claim to but don't know if they are leased.


EXHIBIT A

Mr. Daniel Kelly
Page Two
May 10, 2010

You can then see that same cooler which has goods for sale in the cooler which we make no claim to.

Photographs 8, 9 and 10 show the shelving which we make no claim to.

This itemizes what we make claim to, and I would appreciate your input and following that input, a letter to the Court indicating that you have no objection to our entry of the foreclosure judgment.

We can arrange for your representative to come and pick these things up or we can make arrangements for your representative to come and make an inspection to determine if there are any other items of personal property that AMCORE may make a claim to and you will receive our complete cooperation in getting this resolved, but we need to get the foreclosure judgment entered, and I look forward to hearing from you in that regard.

Very truly yours,


JAMES P. BURNETT
(burnett@lbmjk.com)

JPB/bas

Enclosures



1



2

3



4



5



6



7



8



9



10

