# LUTZ, BURNETT, McDERMOTT, JAHN & KING, LLP

JAMES P. BURNETT,
Court Commissioner
DEREK McDERMOTT
GARY N. JAHN
ANDREW J. KING

ATTORNEYS AT LAW
50 EAST MAIN STREET, P.O. BOX 146
CHILTON, WISCONSIN 53014
(920) 849-9323
FAX (920) 849-9326
EMAIL: lawyers@lbmjk.com

HELMUTH F. ARPS 1916-1947
DONALD E. BONK 1937-1988
ROBERT W. LUTZ 1951-2007

May 26, 2010

Mr. Albert Solocheck
Attorney at Law
324 East Wisconsin Avenue
Suite 1100
Milwaukee, WI 53202

RE:    Bulk Petroleum Corporation

Dear Al:

I am in the office today other than for a period from about Noon to 3:30 at which I will be out of the office. I am sending you this e-mail so I can answer the questions you have raised in your May 25, 2010 e-mail.

I am enclosing a copy of the complaint in the foreclosure action involving 1301-1303 West Morgan Avenue, Milwaukee, Wisconsin. It is a foreclosure on the subject property that we believe the property to have a value of about $400,000.00, $500,000.00 tops. Our debt is $793,692.96 as of November 23, 2009. I can get you an update but at $126.26 a day, it is running about $3,780.00 a month. Therefore, we have probably got about another $20,000.00 in accrued interest that would run the total over $800,000.00.

You asked how many stores our bank has. We have one other foreclosure on one other location which is in Outagamie County and specifically is located at 705 Lawe Street, Kaukauna, Wisconsin. I am enclosing a copy of that complaint also. An Order for Judgment and Judgment has been entered and I enclose a copy of that Order for Judgment and Judgment. You will see that the Order for Judgment and Judgment established a balance in the judgment of $259,516.41 as of February 25, 2010 and accruing interest at the rate of $40.68 per day and therefore about $1,200.00 a month. Therefore, we have got about $3,600.00 of interest which brings the total up to about $263,000.00. We would hope to sell the station for $200,000.00. They both will be sold when we complete the foreclosures.

EXHIBIT B

Mr. Albert Solochek
Page Two
May 26, 2010

As to the personal property, we don't believe there is anything of value. We take the position that the fuel dispensers, underground tanks, canopies and signage are attached to the real estate and are fixtures. However, if you want them, you can have them. We do not intend to pay anything for personal property. We see it as having very little value. Whoever buys these stations is probably going to replace them. So that we are clear, if you want any personal property, you can have it. I am further enclosing my letter to Dan Kelly together with photos dated May 10, 2010. I am providing these to you regarding the Milwaukee station because that is the station we have had the dispute on. We are trying to get the judgment entered and we have a hearing scheduled in front of Judge Brash for June 9, 2010 at 10:00 A.M.

What occurred, is that we had a motion for default judgment as against Gurpal Wisconsin Stations LLC scheduled for April 19, 2010. Judge Brash looked at the answer filed by Amcore Bank, and we have always acknowledged that Amcore Bank has a perfected UCC filing that would entitle it to personal property if it wants to come and get it, but Judge Brash looked at the answer of Amcore Bank in which it questioned or raised issue as to the existence of the mortgage of the State Bank of Chilton. I realize this was done "upon information and belief" and that is the reason we didn't obtain our judgment. We have always recognized that Amcore can have the personal property that it has a security interest in but it will have to take that up with the existing tenants. More importantly, with regard to the Morgan Avenue property in Milwaukee, you will see that there are various machines typically seen in convenience stores such as coffee machines, pizza machines, sandwich machines, etc. that are in all likelihood leased to the existing tenant. However, that is up to Amcore Bank to determine. If Amcore Bank has a security interest in these, they can come and get them.

I believe this should answer you questions. I expect to have this issue resolved.

Very truly yours,

JAMES P. BURNETT
(burnett@lbmjk.com)

JPB/bas

Enclosures

cc: Atty. Daniel Kelly
    Atty. L. Katie Mason