Exhibit 3

## Justin Mertz

**From:** James Burnett [burnett@lbmjk.com]
**Sent:** Wednesday, October 20, 2010 7:25 AM
**To:** Justin Mertz
**Subject:** Re: Personal Property

atty mertz; our position has changed for many reasons;you should plan on appearing at the nov. 1,2010 hearing at 10 am;jim burnett

----- Original Message -----
**From:** Justin Mertz
**To:** Jim Burnett
**Cc:** Albert Solochek ; Dan Huffaker
**Sent:** Monday, October 18, 2010 2:59 PM
**Subject:** RE: Personal Property

Atty. Burnett:

I conferred with Bulk Petroleum and Atty. Solochek today; here is our general response to your email from last Friday:

1. Site 4303 (1301 W. Morgan): Bulk intends on removing the gasoline dispensers, tank monitors, and POS system from this site because it feels they can be utilized on other sites owned by Bulk. Based on your May 26, 2010 correspondence to Atty. Solochek (attached), you stated that Chilton's position was that the fuel dispensers, USTs, canopies, and signage were fixtures; however, you went on to state that if Bulk wanted those items, it could have them. Based on that representation, the Creditors' Committee and Bulk didn't deem it necessary stand in the way of your state court foreclosure proceeding. I'm surprised that Chilton now maintains that Bulk's removal of those items would constitute theft.

   If Chilton's position has changed, then Bulk intends on appearing at the November 1st hearing to assert that those items are personal property that have not attached to the real estate. I suggest we discuss Chilton's approach going forward.

2. Site 4289 (Kaukauna site): At this time, Bulk does not intend on removing gasoline dispensers, USTs, or the canopy at this site. Bulk may however, wish to recover some of the inside equipment. My understanding is that this is generally acceptable to Chilton. I can work on details of this at a later date.

Please feel free to contact me at your convenience, and if it is necessary, I can set up a phone conference with us and Atty. Solochek this week.

Thank you,

Justin Mertz

Justin M. Mertz
Kerkman & Dunn
757 N. Broadway, Suite 300
Milwaukee, WI 53202
Ph: 414.277.8200
Fax: 414.277.0100

1



# Exhibit 3

Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment to it, contains advice concerning any federal tax issue or submission, you are advised that it is not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly stated.

The information in this message may be confidential, is intended only for the use of the named recipient and may be legally privileged. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email, or any of its contents, is strictly prohibited. If you have received this email in error, please return it to the sender immediately and delete the original message and any copy of it from your computer. If you have any questions, about this message, please contact the sender.

---

**From:** Jim Burnett [mailto:burnett@lbmjk.com]
**Sent:** Friday, October 15, 2010 9:13 AM
**To:** Dan Huffaker
**Cc:** Albert Solochek; Justin Mertz
**Subject:** Re: Personal Property

Dear Mr. Huffaker:

You are advised that you are not to remove any personal property from the locations including dispensers, POS equipment, other fuel system equipment and miscellaneous inside equipment. First of all, let me deal with the locations individually.

1. The Circuit Court for Outagamie County entered an Order Confirming Sale, a copy of which I attach, which specifically identified dispensers and fuel system equipment as being part of the real estate and part of the conveyance that the State Bank of Chilton has received in the Sheriff's Deed on Foreclosure. Your removal of any of that property would be theft.

2. With regard to the 1301-1303 West Morgan Avenue property, we have a motion to confirm sale scheduled for November 1, 2010.

Attorney Albert Solochek represents the creditor's committee in the bankruptcy. I represent the State Bank of Chilton. Attached is a copy of our bid. You will see that the bid included all property that constituted fixtures so attached to the real estate as to not be covered by any uniform commercial code filing. Your removal of that equipment would be the removal of fixtures. Fixtures have become so attached to the real estate that they are not to be removed and their removal would also be theft.

You do reference miscellaneous inside equipment. The State Bank of Chilton has no claim on inside equipment that do not constitute fixtures. Perhaps you should identify what miscellaneous inside equipment you plan on removing. If it is truly personal property, we have no interest in it.

I am sending a copy of this e-mail to Albert Solochek. I am asking that you acknowledge receipt of this e-mail and acknowledge that nothing will be removed pending the November 1, 2010 hearing. I am also forwarding a copy of this e-mail to Justin Mertz of Kerkman & Dunn since I understand he is one of the attorneys representing Bulk Petroleum in the bankruptcy. If it is necessary to file a motion for restraining order in the bankruptcy action, I will do so. If I don't hear from you by Monday indicating that you recognize that no property will be removed pending the November 1, 2010 hearing, I will file the motion for restraining order and injunction. I am sure that Mr. Solochek will take the same position. You are going to have to have direct discussions with Mr. Solochek. Miscellaneous inside equipment that may be the property of Bulk Petroleum that are not fixtures would be covered by the general business security agreement that Amcore Bank had that has been assigned to Harris N.A. and that is now being prosecuted by the creditor's committee by Mr. Solochek. Removal of that property would be in violation of the security agreement.

The contact person at Mt. Everest Real Estate Holding Company LLC is Ramkrishna Subedi.

Jim

2

Exhibit 3

----- Original Message -----
**From: Dan Huffaker**
**To:** burnett@lbmjk.com
**Sent:** Thursday, October 14, 2010 4:09 PM
**Subject:** FW: Personal Property

**From:** Dan Huffaker [mailto:dhuffaker@bulkpetro.com]
**Sent:** Thursday, October 14, 2010 11:51 AM
**To:** 'burnett@lbrnjk.com'
**Subject:** Personal Property

Mr. Burnett:

We would like to make all parties aware that we will be removing all personnal property from the locations including dispensers, POS equipment, other fuel system equipment and misc inside equipment.

Do you have a contact name and numbers for Mt. Everest Real Estate Holding Company, LLC.?

**Thank You,**

Daniel R. Huffaker
**Asset Manager**
**Bulk Petroleum**
**9653 N. Granville Road**
**Mequon, WI 53097**
**Phone: 262-242-4800**
**Direct: 262-404-1117**

3