Exhibit I

```
 1  STATE OF WISCONSIN   :   CIRCUIT COURT   :   MILWAUKEE COUNTY
 2  ----------------------------------------------------------------
 3  STATE BANK OF CHILTON,                          COPY
 4              Plaintiff,
 5     vs.                              CASE NO.  09-CV-18688
 6  GURPAL WISCONSIN STATIONS, LLC., et al,
 7              Defendant.
 8  ----------------------------------------------------------------
 9            CONFIRMATION OF SALE
10            PROCEEDINGS HAD in the above-entitled matter
11  before the HONORABLE JOHN SIEFERT, a Circuit Court Judge,
12  Branch 47, on the 1st day of November, 2010.
13
14
15       APPEARANCES:
16            JAMES BURNETT, Attorney at Law, appears on behalf
    of the Plaintiff, STATE BANK OF CHILTON.
17
              GILBERT URFER, Attorney at Law, appearing on
18  behalf of the Defendant, GURPAL WISCONSIN STATIONS LLC.
19            JAMES PILMAIER, Attorney at Law, appearing on
    behalf of the Defendant, DAHLIWAL DARSHAN.
20
              JUSTIN MERTZ and JOSEPH CINCOTTA, Attorneys at
21  Law, appearing on behalf of the Defendant, AMCORE BANK.
22
23
24
25  Karen Keto, Court Reporter
```

EXHIBIT D

Exhibit I

```
 1              THE COURT:  Now the Court will call the
 2   case of State Bank of Chilton versus Gurpal Wisconsin
 3   Stations, LLC, Case No. 2009-CV-18688.  Appearances,
 4   please.
 5              MR. BURNETT:  Your Honor, the State Bank
 6   of Chilton appears by Attorney James Burnett.  There are
 7   other parties appearing which I'll let them identify
 8   themselves so the Court is aware, number of attorneys.
 9        We do have a stipulation and agree subject to the
10   Court's approval on the order confirming sale.
11              THE  COURT:  All appearances, please.
12              MR. URFER:  Gurpal Wisconsin, LLC,
13   appears by Gil Urfer from Nistler Law Office.
14              MR. MERTZ:  Intervening plaintiff by
15   Justin Mertz and Joe Cincotta.
16              MR. CINCOTTA:  Attorney Cincotta here,
17   your Honor.
18              MR. PILMAIER:  Attorney James Pilmaier
19   for the Official Committee of Unsecrued Creditors.
20              THE COURT:  I assume these are gas
21   stations?
22              MR. BURNETT:  Yes.
23              THE COURT:  Let's go off the record a
24   second.
25        (OFF THE RECORD DISCUSSION IN CHAMBERS)
```

Exhibit I

```
 1              THE COURT:  And now the Court will
 2   recall the case of State Bank of Chilton versus Gurpal
 3   Wisconsin Stations, LLC, Case No. 09-CV-18688.
 4   Appearances are as previously stated.  In addition to the
 5   appearances previously stated, we note the presence in
 6   court of two individuals who have an interest in the
 7   outcome of this confirmation of sale even though they are
 8   not parties.  Can you identify yourself.
 9              MR. SHAHUDI:  Rakim Shahudi (phonetic).
10              THE COURT:  The current tenant should
11   also step forward and state their name.  State your name,
12   sir, loudly.
13              MR. SAYEED:  Murtza Sayeed (phonetic).
14              THE COURT:  Okay.  We note that the
15   tenant has no rights under federal statute to protection
16   of tenants in a foreclosure because he's a commercial
17   tenant not residential tenant.
18         Now, we have the report of sheriff's sale
19   indicating that the property was struck--
20         First of all, that the publication was done
21   properly by publication in the Daily Reporter and
22   approved.  That publication was proper and the property
23   was struck off for $356,001 to Mount Everest Real Estate
24   Holding Company.
25         Now, we note that it was struck off to that
```

Exhibit I

```
 1  holding company.  Is there any lay representative of that
 2  holding company in court?
 3                  LLC OFFICER:  That would be me.
 4                  THE COURT:  And are you the principal
 5  LLC member?
 6                  LLC OFFICER:  Yes, I am the principal
 7  officer.
 8                  THE COURT:  Are there any others?
 9                  LLC OFFICER:  No.
10                  THE COURT:  Okay.  In the future in
11  order to make a formal appearance you have to be
12  represented by an attorney except in small claims court.
13  But the real estate holding company purchased it at
14  $356,001 more than the State Bank of Chilton did and it's
15  been sold to them pending confirmation of sale according
16  to David Clark.  The sheriff's report is dated October 6,
17  2010.  I confirm and adopt that sheriff's report in all
18  respects.
19       Now, I have before me here the State Bank of
20  Chilton's order confirming the sale and they're asking me
21  to find that even though the property assesses for more
22  than the sale price, that fair market is given.
23       Now, you have the tax bill or comparables?
24                  MR. BURNETT:  I have an appraisal that
25  was filed with the Court, your Honor, at $380,000.
```

Exhibit I

```
 1              MR. PILMAIER:  Yes, your Honor.
 2              THE COURT:  We all agree?
 3              MR. URFER:  Yes, your Honor.
 4              THE COURT:  So now we have to let the
 5  purchaser know that when he pays the rest of the money, he
 6  doesn't know yet what is a fixture and what is not a
 7  fixture.  Okay.
 8              The order confirming sale says that with
 9  regard to any and all fixtures and/or personal property on
10  the site here and after disputed items the Court makes no
11  determination to the legal status at this time.  The Court
12  will defer entry of any order regarding disputed items
13  included but not limited to dispenser of petroleum, the
14  tank monitoring system, POS system and underground storage
15  tank and canopy and signage.  The parties agree that
16  pending a judicial determination of whether they are
17  fixtures or personality, they will remain on the sight at
18  3131 West Morgan Avenue.
19              The purchaser, Mount Everest Holding Company,
20  will be allowed to use them in the normal course of
21  business but shall not transfer, dispose of them or
22  destroy them or anyway damage their value until the U.S.
23  Bankruptcy Court determines whether they're fixtures
24  belonging with the purchaser or whether they are
25  personality which remains in the bankruptcy estate or
```

Exhibit I

```
 1  belong to some of the--most likely remain in the
 2  bankruptcy estate.  Do you understand that?
 3          I'd like to ask the LLC, Mount Everest Real
 4  Estate Holding Company, LLC, through its principal.  Does
 5  LLC understand that?
 6              LLC OFFICER:  Yes.
 7              THE COURT:  Okay.  Then based on that,
 8  if there are no objections to anybody including LLC, I
 9  will now confirm this sale.  Okay.
10              MR. BURNETT:  Thank you, Judge.
11              THE COURT:  Okay.  And find that fair
12  value has been given with the winning bid and that it
13  represents a proper--I find that fair market value is
14  really much closer to the appraisal value than any
15  assessed value and fair value is given, and I order
16  confirmation of the sale and sign the order confirming
17  sale at this time with the understanding of all the
18  parties including the non-party successful bidder that the
19  determination of what is a fixture and what is personality
20  is yet to be made.  Okay.  So I signed it.  Two copies.
21      Anything else from the parties?
22              MR. BURNETT:  I'll provide a
23  supplemental order for the disbursal of $40,000 down
24  payment that is sitting at the Sheriff's Office.
25              THE COURT:  By the time that comes in
```

Exhibit I

```
 1  the money may be in by then.
 2                  MR. BURNETT:   We are hoping.
 3                  THE COURT:   Otherwise, of course, we'll
 4  have a hearing on the disposition if they don't pay the
 5  rest.
 6          Thank you.  You may step down.
 7      (HEARING CONCLUDED)
```