# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

In the Matter of
**BULK PETROLEUM CORPORATION, et al.,**

                Debtors,       **Bankruptcy Case No. 09-21782-11-SVK**
                                      **Adversary Case No. 10-02671-SVK**

**BULK PETROLEUM CORPORATION,**

                Plaintiff,

      V.                            **CASE NUMBER: 11-C-28**

**MT. EVEREST REAL ESTATE HOLDING COMPANY, LLC,**

                Defendant.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant Mt. Everest Real Estate Holding Company, LLC and against the plaintiff Bulk Petroleum Corporation on the plaintiff's action in replevin, because the items in question are fixtures, not personal property. Therefore, the defendant's motion to dismiss this action is GRANTED**

**This action is hereby DISMISSED.**

   September 20, 2011                                JON W. SANFILIPPO
Date                                                            Clerk

                                                               s/ Linda M. Zik
                                                              (By) Deputy Clerk